**Motion for Reconsideration En Banc Granted; Opinion and Judgment of December 27, 2018, Withdrawn; Affirmed; and Opinion on Reconsideration En Banc, Concurring Opinion on Reconsideration En Banc, and Dissenting Opinion on Reconsideration En Banc filed August 13, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-17-00982-CV

---

### CHENIERE ENERGY, INC. AND CHENIERE LNG TERMINALS, LLC, Appellants

### V.

### PARALLAX ENTERPRISES LLC, PARALLAX ENERGY LLC, PARALLAX ENTERPRISES (NOLA) LLC, LIVE OAK LNG LLC, LIVE OAK LNG PIPELINE LLC, MOSS LAKE LNG LLC, LOUISIANA LNG ENERGY, LLC, AND CALCASIEU LNG LLC, Appellees

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49685**

---

## CONCURRING OPINION ON RECONSIDERATION EN BANC

This case is troublesome, first because it is hard to imagine the probability of

Appellees' success where the documents clearly state their nature as loan

documents.  Secondly, I am not comfortable with reliance upon such a narrow interpretation of "intangibles."  I concur with the outcome more based on the nature of the interest held by Live Oak.  While ownership in Live Oak is generally an intangible, the parties agree its value will be determined solely by the outcome of this litigation.  To make a change in ownership at this time would, in the reasoned opinion of the trial judge, create uncertainty as to irreparable harm.  Since the value of the asset is solely a claim against Appellants, the financial risk and benefit to Appellants already belong to Appellants.  Accordingly, I see no harm in maintaining the status quo pending further development of the case.  Further, I note that "the most expeditious way of obviating the hardship and discomfiture of an unfavorable [temporary injunction] order is to try the case on its merits and thus secure a hearing wherein the case may be fully developed and the courts, both trial and appellate, may render judgments finally disposing of controversies."  *Sw. Weather Research, Inc. v. Jones*, 160 Tex. 104, 111, 327 S.W.2d 417, 422 (1959).


/s/     Jerry Zimmerer
Justice

En banc court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Hassan, and Poissant. (Spain, J., not participating). Justice Christopher authored the Opinion on Reconsideration En Banc, in which Justices Wise, Bourliot, Zimmerer, Hassan, and Poissant joined. Justice Zimmerer authored the Concurring Opinion on Reconsideration En Banc. Chief Justice Frost authored the Dissenting Opinion on Reconsideration En Banc, in which Justice Jewell joined.